Case Name:  CASCIO, NICHOLAS T.
            CASCIO, VICKI M.
Case No:    07-73075

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 5, 2008                    WILLIAM T. NEARY
                                       United States Trustee, Region 11


                          BY:    _/s/ Carole J. Ryczek_____
                                 CAROLE J. RYCZEK
                                 Attorney for the U.S. Trustee