IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
CASCIO, NICHOLAS T
CASCIO, VICKI M

CASE NO. 07-73075 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-0669

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL 61101

   on: July 9, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,450.04 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,457.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       7,000.37

   b. Disbursements                         $           0.00

   c. Net Cash Available for Distribution   $       7,000.37

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,093.33, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $67,041.83, resulting in an approximate distribution of 6.11% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: May 30, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 Stalter Drive
Rockford, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1          Date Rcvd: Jun 06, 2008
Case: 07-73075                Form ID: pdf002             Total Served: 21


The following entities were served by first class mail on Jun 08, 2008.
db           +Nicholas T Cascio,    173 Village Creek Drive,    Lake In The Hills, IL 60156-5602
jdb          +Vicki M Cascio,    173 Village Creek Drive,    Lake In The Hills, IL 60156-5602
aty          +Erick  J Bohlman,    Bohlman Law Offices, PC,    111 South Virginia Street,
               Crystal Lake, IL 60014-5853
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11821636     +Associates/citibank,    Attn: Bankruptcy Dept,    Po Box 20507,    Kansas City, MO 64195-0507
11821637     +Bank of America,    Po Box 26012,    Nc4-105-03-14,    Greensboro, NC 27420-6012
11990477     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11821638     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11821639     +Chase Manhattan Mtg,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
11821640     +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
12245183     +FIA CARD SERVICES, N.A./BANK OF AMERICA,     by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11821642     +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
11821643     +Hsbc/brgnr,    Po Box 15521,    Wilmington, DE 19850-5521
11821644     +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
11961977     +Recovery Management Systems Corp For GE Money Bank,     Attn: Ramesh Singh,
               25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
11973030     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11821645     +Target,    Po Box 1327,    Mail Stop 3CK,    Minneapolis, MN 55440-1327

The following entities were served by electronic transmission on Jun 07, 2008.
11971024      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 07 2008 05:04:25
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
11821641     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 07 2008 05:04:25      Discover Financial,
               Po Box 3025,    New Albany, OH 43054-3025
12229766      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11976729      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jun 07 2008 05:03:06      Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2008**          **Signature:** _Joseph Speetjens_