Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*211 S. Court Street*
*Rockford, IL 61101*

---

Bankruptcy Proceeding No.: 07−73075
Chapter: 7
Judge: Manuel Barbosa

In Re:
Nicholas T Cascio
173 Village Creek Drive
Lake In The Hills, IL 60156

Vicki M Cascio
173 Village Creek Drive
Lake In The Hills, IL 60156

Social Security No.:
xxx−xx−9798

xxx−xx−0669

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at:

211 South Court Street, Room 115, Rockford, IL 61101

on July 7, 2008 at 09:30 AM

TO CONSIDER AND ACT UPON the following: This is the correct hearing date and time for the Hearing on Trustee's Final Report and Account and Applications for Fees

For the Court,

Dated: June 26, 2008

Kenneth S. Gardner , Clerk
United States Bankruptcy Court