UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                    )        CHAPTER 7
                                          )
NICHOLAS T. CASCIO and                    )        CASE NO. 07-73075
VICKI M. CASCIO,                          )
                                          )
          Debtors.                        )

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:  THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, STEPHEN G. BALSLEY

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: __8-27-08__

WILLIAM T. NEARY
United States Trustee

By: _____
CHRISTINE K. MILLER,
Paralegal Specialist

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Statler Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX:  815/962-0687

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

July 01, 2008 through July 31, 2008
Primary Account: **000312192935865**

---

**CUSTOMER SERVICE INFORMATION**

Service Center:                  **1-800-634-5273**

---

00017002 DBI 802 24 21708 - NNNNN  1 000000000 60 0000
07-73075 CASCIO NICHOLAS T
CASCIO VICKI M DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312192935866 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312192935865 | $7,002.12 | $0.00 |
| **Total** | **$7,002.12** | **$0.00** |
| **TOTAL ASSETS** | **$7,002.12** | **$0.00** |

**All Summary Balances** shown are as of July 31, 2008 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

r/ ( / ( /ᵛ

ₘ

```
EXHIBIT
ᵗᵃᵇᵇⁱᵉˢ  B
```

**JPMorganChase** ⬤

July 01, 2008 through July 31, 2008
Primary Account: **000312192935865**



## BANKRUPTCY BUSINESS MONEY MARKET

07-73075 CASCIO NICHOLAS T    Account Number: 000312192935865
CASCIO VICKI M DEBTOR

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$7,002.12** |
| Electronic Withdrawals | 1 | - 7,000.37 |
| Other Withdrawals, Fees & Charges | 1 | - 1.75 |
| **Ending Balance** | **2** | **$0.00** |
| Interest Paid This Period |  | -$1.75 |
| Interest Paid Year-to-Date |  | $0.37 |

This account earns interest daily and the current interest rate is 0.15%.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | Miscellaneous Debit | $7,000.37 |
| **Total Electronic Withdrawals** |  | **$7,000.37** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | Interest Debit Adjustment | $1.75 |
| **Total Other Withdrawals, Fees & Charges** |  | **$1.75** |

**JPMorganChase**

## BANKRUPTCY BUSINESS CHECKING

07-73075 CASCIO NICHOLAS T                           Account Number: 000312192935866

CASCIO VICKI M DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 1 | 7,000.37 |
| Checks Paid | 9 | - 7,000.37 |
| **Ending Balance** | 10 | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | Miscellaneous Credit | $7,000.37 |
| **Total Deposits and Additions** | | **$7,000.37** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 07/09 | $1,450.04 |
| 102 | 07/09 | 1,457.00 |
| 103 | 07/14 | 623.64 |
| 104 | 07/14 | 59.57 |
| 105 | 07/14 | 626.55 |
| 106 | 07/14 | 939.40 |
| 107 | 07/16 | 1,125.17 |
| 108 | 07/21 | 306.56 |
| 109 | 07/15 | 412.44 |
| **Total Checks Paid** | | **$7,000.37** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/08 | $7,000.37 |
| 07/09 | 4,093.33 |
| 07/14 | 1,844.17 |
| 07/15 | 1,431.73 |
| 07/16 | 306.56 |
| 07/21 | 0.00 |